# UNITED STATES DISTRICT COURT

Eastern   District of   Louisiana

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For Organizational Defendants) |

| | |
|---|---|
| JIA FENG SHIPPING (FUZHOU) LIMITED | CASE NUMBER:      053L 2:25CR00027-002 "A" (3) |
| **Date of Original Judgment:**    2/20/2025 | HARRY ROSENBERG |
| (or Date of Last Amended Judgment) | Defendant Organization's Attorney |

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. § 3742(f)(1) and (2))          ☒ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))    ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))          ☐ Modification of Restitution Order (18 U.S.C. § 3664)

## THE DEFENDANT ORGANIZATION:

☒ pleaded guilty to count(s)    1 AND 2 OF THE BILL OF INFORMATION ON FEBRUARY 20, 2025.

☐ pleaded nolo contendere to count(s)    _____
which was accepted by the court.

☐ was found guilty on count(s)    _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 33 USC § 1908(a) | Act to Prevent Pollution from Ships | 2/26/2024 | 1 |
| *18 USC § 1505 | Obstruction of Justice | 2/26/2024 | 2 |

The defendant organization is sentenced as provided in pages 2 through    4    of this judgment.

☐ The defendant organization has been found not guilty on count(s)    _____

☐ Count(s)    _____    ☐ is    ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant Organization's<br>Federal Employer I.D. No.:   N/A | 2/20/2025 |
| | Date of Imposition of Judgment |
| Defendant Organization's Principal Business Address:<br>JIA FENG SHIPPING (FUZHOU) LIMITED<br>c/o Harry Rosenberg, Counsel for Defendant<br>Phelps Dunbar, LLP<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534 | Signature of Judge |
| | Jay C. Zainey, United States District Judge<br>Name and Title of Judge |
| Defendant Organization's Mailing Address:<br>JIA FENG SHIPPING (FUZHOU) LIMITED<br>Unit 03, 05, Floor 14, CANGSHAN, Wanda 1#,,<br>272 PUSHANG ROAD, CANGSHAN DISTRICT FUZHOU | 2/25/2025<br>Date |

AO 245F    (Rev. 12/03) Amended Judgment in a Criminal Case for Organizational Defendants
        Sheet 2 — Probation                                                    (NOTE: Identify Changes with Asterisks (*))

Judgment—Page    2    of    4

DEFENDANT ORGANIZATION:    JIA FENG SHIPPING (FUZHOU) LIMITED
CASE NUMBER:    053L 2:25CR00027-002 "A" (3)

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:
FOUR (4) YEARS, INACTIVE, AS TO COUNTS 1 AND 2 OF THE BILL OF INFORMATION.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is be a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions below or on the attached page (if indicated below).

## SPECIAL CONDITIONS OF SUPERVISION

a.    Defendants shall commit no further violations of MARPOL 73/78 or the environmental law of the United States.
b.    Payment in full of the monetary amounts set forth herein including all special  assessments and fines.
c.    Defendants shall be banned from operating in the United States in the future. This provision shall not apply to ASL Bulk Shipping HK Limited, which is not a defendant in this matter or a signatory to this agreement.
d.    Defendants will not engage, participate, or assist in, or fund, any post-trial litigation or ancillary litigation brought by any person against the United States or any agency or person thereof.

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer at least ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

Judgment — Page ___3___ of ___4___

DEFENDANT ORGANIZATION:      JIA FENG SHIPPING (FUZHOU) LIMITED
CASE NUMBER:              053L 2:25CR00027-002 "A" (3)

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 800.00 | $ 1,850,000.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page    4    of    4

DEFENDANT ORGANIZATION:    JIA FENG SHIPPING (FUZHOU) LIMITED
CASE NUMBER:    053L 2:25CR00027-002 "A" (3)

## SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are be due as follows:

A  ☐  Lump sum payment of $ _____ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance with  ☐ C or  ☐ D below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C or  ☒ D below; or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☒  Special instructions regarding the payment of criminal monetary penalties:

    THE $800.00 SPECIAL ASSESSMENT IS DUE IMMEDIATELY.
    THE PAYMENT OF THE FINE OF $1,000,000.00 OF THE TOTAL PAYMENT CAN BE PAID FROM THE SURETY BOND
    POSTED BY THE DEFENDANTS PURSUANT TO THE SECURITY AGREEMENT. THE REMAINING $850,000.00 IS TO
    BE WIRED INTO THE REGISTRY OF THE COURT WITHIN 24 HOURS OF THIS SENTENCING.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant numbers), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

053L 2:25CR00027-001   ASL Singapore Shipping Limited   Total: $1,850,000.00   J&S: $1,850,000.00

☐  The defendant organization shall pay the cost of prosecution.

☐  The defendant organization shall pay the following court cost(s):

☐  The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.